## Young *v.* Ewing *et al., and vice versa.*

LUMPKIN, J. 1. The evidence did not demand a verdict in favor of the party in whose favor it was found, and the first grant of a new trial will not be reversed. *Cox* v. *Grady,* 132 *Ga.* 368 (64 S. E. 262).

2. As the grant of a new trial is affirmed, the cross-bill of exceptions is dismissed, without prejudice to the right of the defendant in error in regard to a future determination of his exceptions pendente lite. *Armour & Co.* v. *Burkhalter,* 130 *Ga.* 370 (60 S. E. 850); *Purser* v. *Thompson,* 135 *Ga.* 732 (70 S. E. 569).

*Judgment on main bill of exceptions affirmed. Cross-bill of exceptions dismissed, without prejudice. All the Justices concur.*

APRIL 13, 1911.

Complaint. Before Judge Whipple. Irwin superior court. June 22, 1910.

*A. J. McDonald, H. J. Quincey,* and *Haygood & Cutts,* for plaintiff. *L. Kennedy* and *Otis H. Elkins,* for defendants.